UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23 CR 106 |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| MICHAEL E. COFFMAN, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on September 8, 2026 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Michael E. Coffman was present and represented by Assistant Federal Public Defender Brandon Summers. The United States was represented by Assistant United States Attorney Jennifer King. The Pretrial Services and Probation Office was represented by Colin Boone. The court reporter was Donnalee Cotone. Defendant admitted to supervised release violations 1 through 3 at the hearing before Judge James E. Grimes, Jr. on July 14, 2026, who issued a report and recommendation to this court. The court adopted the Report and Recommendation at the final revocation hearing set for August 5, 2026 as stated on the open record. This court continued sentencing to allow time for violations 4 and 5 to resolve in state court. Although they have not yet resolved, Defendant advised the court he wished to admit to violations 4 and 5 at this time. Therefore, the court accepts Defendant's admittance and finds Defendant in violation of the terms

of his supervised release on all counts 1 through 5 as stated on the open record.

IT IS ORDERED that Defendant's supervised release is revoked. Defendant is sentenced to 4 months custody of the Bureau of Prisons, with credit for time served. A two-year period of supervised release shall follow, with the first 60 days to be served in an in-patient treatment facility as directed by the Probation Officer. The same terms and conditions of supervised release previously imposed shall apply. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 9, 2026